UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In Re: | CASE NO. 05-46052-MDM |
| RAYMON D. ADKINS | CHAPTER 13 |
| Debtor. | |

STIPULATION TO CURE ARREARAGES AND
GRANTING U.S. BANK, N.A.
ADEQUATE PROTECTION AND MODIFYING THE AUTOMATIC STAY

WHEREAS, Raymon D. Adkins (hereinafter "Debtor") filed for relief under Chapter 13 of the U.S. Bankruptcy Code (11.U.S.C. Section 101 et seq.) on December 31, 2005, and Mary B. Grossman is the Chapter 13 Trustee; and

WHEREAS, this Court has jurisdiction over this proceeding under 28 U.S.C. §§ 1334 and 157, and the Order of Reference of The District Court; this is a core proceeding under 28 U.S.C. § 157; and venue in this Court is proper under 28.U.S.C. § 1409; and

WHEREAS, this Stipulation is brought pursuant to Bankruptcy Code § 362 and Federal Rules of Bankruptcy Procedure 4001, 6007 and 9014; and

Amy L. Truran, Esq.
Attorneys for U.S. Bank, N.A.
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
E-Mail: atruran@kmklawfirm.com

WHEREAS, U.S. Bank, N.A. (hereinafter "Creditor") filed its Notice of Motion and Motion for Relief from Automatic Stay (hereinafter the "Motion") with the Bankruptcy Court on June 8, 2007; and

WHEREAS, Debtor filed an objection to the Motion (hereinafter the "Objection") dated June 18, 2007; and

WHEREAS, the Debtor owes, as of June 1, 2007, the following post-petition arrearages, which were to be paid outside the Chapter 13 Plan:

| | |
|---|---:|
| Three (3) payments @ $436.52 each (March 2007 - May 2007) | $ 1,309.56 |
| One (1) payment @ $490.58 each (June 2007) | 490.58 |
| One (1) late charge @ $19.63 (June 2007) | 19.63 |
| Three (3) late charges @ $13.84 each (March 2007 - May 2007) | 41.52 |
| Attorney fees | 700.00 |
| Attorney costs | 150.00 |
| Property inspections | 204.50 |
| Less suspense balance | (436.52) |
| TOTAL: | $2,479.27 |

IT IS HEREBY STIPULATED AND AGREED, by and between the Debtor and Creditor, as follows:

1. The Debtor will deliver to counsel for the Creditor a payment of $490.58 by July 15, 2007 to be applied to the post-petition arrearages.

2. Creditor (or its principals, successors or assigns) shall be entitled to file a supplemental claim for the remaining

2

post-petition arrearages in the sum of $1,988.69 (the "Supplemental Claim") to be paid through the Chapter 13 Plan.

3. The Debtor agrees to pay the Supplemental Claim through the Plan.

4. To provide adequate protection of the interests and liens in and against the real estate and improvements, commonly known as 2116-2116A West Clarke Street, Milwaukee, Wisconsin 53206 (herein referred to collectively as the "Collateral"), described in the loan and security documents (herein the "loan documents") described in Creditor's Motion on file with the Court, the Debtor shall continue to make post-petition mortgage payments outside the Chapter 13 Plan in the amount of $490.58 per month (monthly payment amount may change from time to time in accordance with the terms of loan documents), starting with the July 2007 payment. The July 2007 and all future payments must be <u>received</u> on or before the 16th day of each month, at the following address (unless Creditor in writing directs the Debtor to deliver payments to a different address):

        U.S. Bank Home Mortgage
        4801 Frederica Street
        Owensboro, KY 42301

5. As additional adequate protection, Debtor agrees to a "doomsday provision", providing that, in the event the Creditor does not <u>receive</u> the payment of $490.58 by July 15, 2007 or any required payment on or before the 16th day of each month in the amount of $490.58 per month (monthly payment amount may change from time to time in accordance with the terms of loan documents), beginning with the July 2007 payment, the automatic stay will be terminated upon the occurrence of all of the following: (1) the Creditor (or its

3

Case 05-46052-mdm    Doc 27    Filed 07/25/07    Page 3 of 5

principals, successors or assigns) filing with the Court written confirmation of the missed payment(s); (2) counsel for the Creditor (or its principals, successors or assigns) filing with the Court a proposed Order terminating the stay; (3) counsel for the Creditor (or its principals, successors or assigns) promptly mailing to the Debtor and to counsel for the Debtor at his last known address a copy of the notice of payment default and proposed Order filed with the Court; and (4) the Court signing the proposed Order terminating the automatic stay. This doomsday provision shall be effective for a period of six (6) months from, and including, the July, 2007 payment and continuing through, and including the December, 2007 payment.

6. As additional Adequate Protection, Creditor (or its principals, successors or assigns) can renew this Motion by letter for the balance of the Chapter 13 Plan term.

7. The individuals signing this Stipulation hereby represent that they have full authority to execute this Stipulation on behalf of their respective clients.

8. The Debtor and Creditor understand that this Stipulation is not effective until approved by Order of the Bankruptcy Court.

9. This Stipulation may be signed in counterparts and copies may be used instead of originals. The executed counterparts shall be construed as and constitute one document.

10. The Debtor and Creditor agree that any Order granting a Motion for Relief from Automatic Stay is not subject to the ten (10) day stay referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

4

11. Creditor's law firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

Dated: as of July 6, 2007.

Attorneys for Debtor

By: _____
Andrew Sapinski
Sapinski Law Office
1551 South 108th Street, SUITE 109
West Allis, WI 53214
Telephone: (414) 258-2300
Attorney No. 1029527

CHAPTER 13 TRUSTEE

By: _____
Mary B. Grossman
740 North Plankinton Avenue, Suite 400
Milwaukee, WI 53203

KOHNER, MANN & KAILAS, S.C.
Attorneys for Creditor

By: _____
Amy L. Thran
Attorney No. 1037763
Washington Building
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110

CASE NO. 05-46052-MDM
STIPULATION TO CURE ARREARAGES AND GRANTING
U.S. BANK, N.A. ADEQUATE PROTECTION
AND MODIFYING THE AUTOMATIC STAY

300213C.1/ALT

5