THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 31, 2007





Honorable Pamela Pepper
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  CASE NO. 05-46052-MDM

    RAYMON D. ADKINS  CHAPTER 13

        Debtor.

ORDER APPROVING STIPULATION TO CURE ARREARAGES AND
GRANTING U.S. BANK, N.A.
ADEQUATE PROTECTION AND MODIFYING THE AUTOMATIC STAY

IT IS HEREBY ORDERED:

That the July 6, 2007, Stipulation to Cure Arrearages and Granting Adequate Protection and Modifying the Automatic Stay entered into between U.S. Bank, N.A., and the Debtor, and filed with the Court, is hereby approved; and that the terms and conditions of said Stipulation shall have the same force and effect as if expressly stated herein.

# # # # #

300213C.2/ALT